UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMMY STEVEN PRICE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-5461** |
| **ORLEANS PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION: "H" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Sammy Steven Price's claims brought pursuant to Title 42 U.S.C. § 1983 against the defendants, Orleans Parish Sherriff's Office ("OPSO"), Marlin N. Gusman, ("Sheriff Gusman"), Niomi Jones ("City Attorney"), the Municipal Court Section C, Captain Washington, the Temporary Detention Center's ("TDC") acting warden, Captain Rhodes, and Sergeant Taho are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 31st day of October, 2016.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE